UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PIERRE C. MARC,

    Movant,

v.                                                     CASE NO. 8:22-cv-2278-WFJ-AAS
                                                     CRIM. CASE NO. 8:21-cr-71-WFJ-AAS

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER**

Under a plea agreement, Mr. Marc pleaded guilty to conspiracy to distribute narcotics and possession of a firearm in furtherance of a drug trafficking crime (cr Docs. 77, 80, 82). On February 22, 2022, he was sentenced to 120 months in prison followed by five years on supervised release (cr Docs. 91, 92). His appeal was dismissed on May 3, 2022 (cr Doc. 121).

On July 27, 2022, Mr. Marc filed a Motion to Set Aside Judgment for Fraud Upon the Court Pursuant to Fed.R.Civ.P. 60(b)(3), With Attached Affidavit Under Penalty of Perjury (cr Doc. 133) in which he moved the Court to vacate his convictions because his attorney allegedly signed the plea agreement and entered the guilty plea

without his knowledge. And on August 17, 2022, Mr. Marc filed a Motion for Summary Judgment on his Rule 60(b) motion (cr Doc. 138).

On October 3, 2022, the Court construed the relief sought in the motions as falling under 28 U.S.C. 2255 and directed the clerk to open a separate civil case and place copies of the motions in the new civil case (cr Doc. 145). The clerk, however, opened two civil cases, placing the Rule 60(b) motion in Case No. 8:22-cv-2277-WFJ-AAS, and the motion for summary judgment in this case, Case No. 8:22-cv-2278-WFJ-AAS. Both motions belong in a single civil case.

Accordingly, the clerk must place a copy of the motion for summary judgment (cr Doc. 138) in Case No. 8:22-cv-2277-WFJ-AAS and close this case.

**ORDERED** in Tampa, Florida on October 6, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to:
Pierre C. Marc, *pro se*

2